AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ~ APPEAL | | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P. | | DEFENDANT<br>DOES 1 - 1 |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## Doe #1 (66.28.174.199 2004-07-22 06:47:53 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Clint Black | A Bad Goodbye | No Time to Kill | 168-535 |
| Virgin Records America, Inc. | Lenny Kravitz | Believe | Are You Gonna Go My Way | 149-143 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Capitol Records, Inc. | Maze | Joy and Pain | Joy and Pain | 20-598 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| UMG Recordings, Inc. | Gap Band | Outstanding | Gap Band IV | 36-081 |

AO 121 (6/90)

| TO:<br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ~ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P. | | DEFENDANT<br>DOES 1 - 1 |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

Exhibit A

## Doe #1 (66.28.174.199 2004-07-22 06:47:53 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Clint Black | A Bad Goodbye | No Time to Kill | 168-535 |
| Virgin Records America, Inc. | Lenny Kravitz | Believe | Are You Gonna Go My Way | 149-143 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Capitol Records, Inc. | Maze | Joy and Pain | Joy and Pain | 20-598 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| UMG Recordings, Inc. | Gap Band | Outstanding | Gap Band IV | 36-081 |

AO 121 (6/90)

| TO: Register of Copyrights, Copyright Office, Library of Congress, Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ~ APPEAL | COURT NAME AND LOCATION UNITED STATES DISTRICT COURT District of Columbia 333 Constitution Avenue, N.W. Washington, DC 20001 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT DOES 1 - 1 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## Exhibit A

## Doe #1 (66.28.174.199 2004-07-22 06:47:53 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Clint Black | A Bad Goodbye | No Time to Kill | 168-535 |
| Virgin Records America, Inc. | Lenny Kravitz | Believe | Are You Gonna Go My Way | 149-143 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Capitol Records, Inc. | Maze | Joy and Pain | Joy and Pain | 20-598 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| UMG Recordings, Inc. | Gap Band | Outstanding | Gap Band IV | 36-081 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ~ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT |
|---|---|
| DOCKET NO. | DATE FILED | District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P. | DEFENDANT<br>DOES 1 - 1 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | *See* Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# Exhibit A

## Doe #1 (66.28.174.199 2004-07-22 06:47:53 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Clint Black | A Bad Goodbye | No Time to Kill | 168-535 |
| Virgin Records America, Inc. | Lenny Kravitz | Believe | Are You Gonna Go My Way | 149-143 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Capitol Records, Inc. | Maze | Joy and Pain | Joy and Pain | 20-598 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| UMG Recordings, Inc. | Gap Band | Outstanding | Gap Band IV | 36-081 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>**UNITED STATES DISTRICT COURT**<br>District of Columbia<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORP.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P. | | DEFENDANT<br>DOES 1 - 1 |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | *See* Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

**Exhibit A**

## Doe #1 (66.28.174.199 2004-07-22 06:47:53 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| BMG Music | Clint Black | A Bad Goodbye | No Time to Kill | 168-535 |
| Virgin Records America, Inc. | Lenny Kravitz | Believe | Are You Gonna Go My Way | 149-143 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Capitol Records, Inc. | Maze | Joy and Pain | Joy and Pain | 20-598 |
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| UMG Recordings, Inc. | Gap Band | Outstanding | Gap Band IV | 36-081 |