UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL RECORDS, INC.**, a Delaware Corporation, et al.<br><br>**Plaintiffs,**<br><br>v.<br><br>**JOHN DOE,**<br><br>**Defendant.** | Civil Action No. 05-1059 (JDB) |

**ORDER**

Plaintiffs Capitol Records, Inc., BMG Music, Atlantic Recording Corp., UMG Recording Inc., Warner Bros. Records Inc., Virgin Records America, Inc., Sony BMG Music Entertainment, and Motown Record Co. (collectively "plaintiffs") bring this copyright infringement action under 17 U.S.C. § 101 et seq., against Defendant John Doe. Currently before the Court is a motion by plaintiffs to take immediate discovery pursuant to Fed. R. Civ. P. 45 against Cogent Communications, Inc. ("Cogent"), an internet service provider ("ISP") that plaintiffs believe can provide them with defendant's identity.

Plaintiffs allege in their Complaint that defendant, without permission or consent from plaintiffs, has used an online media distribution system to download, distribute to the public, and make available for distribution to others certain copyrighted sound recordings owned by plaintiffs. Compl. ¶16. In doing so, plaintiffs allege that defendant infringed plaintiffs' exclusive rights under copyright, and plaintiffs therefore are seeking statutory damages pursuant to 17

U.S.C. § 504(c) against defendant for each infringement of each copyrighted recording. Id. ¶¶ 16, 19. Plaintiffs also seek to enjoin defendant from continued infringement. Id. ¶ 20. However, plaintiffs have only learned defendant's Internet Protocol ("IP") address, and not his identity. Therefore, in order to pursue this litigation, plaintiffs have moved to take immediate discovery under Rule 45 from Cogent to learn defendant's identity.

Although Fed. R. Civ. P. 26(d) generally forbids Rule 45 discovery prior to a Rule 26(f) conference, other courts have routinely permitted this type of discovery with "John Doe" defendants. See, e.g., Valentin v. Dinkins, 121 F.3d F.3d 72, 75-76 (2nd Cir. 1997). Furthermore, plaintiffs have made a showing of good cause as required under Rule 26(d) to permit immediate discovery. In particular, plaintiffs have alleged a claim of past and on-going infringement, there is a risk that the ISP (Cogent) will not preserve the information that plaintiffs seek, the discovery sought is narrowly tailored to obtain only defendant's identity, and finally, this litigation cannot proceed without plaintiffs discovering defendant's identity through this discovery.

Accordingly, plaintiffs will be permitted to seek immediate discovery from Cogent pursuant to a Rule 45 subpoena for information sufficient to identify defendant. Therefore, it is this 12th day of July, 2005, hereby

**ORDERED** that plaintiffs' Motion for Leave to Take Immediate Discovery is **GRANTED**; it is further

**ORDERED** that plaintiffs may serve immediate discovery on Cogent Communications, Inc. to obtain the identity of defendant by serving a Rule 45 subpoena that seeks information sufficient to identify defendant, including name, address, telephone number, e-mail address, and

Media Access Control addresses for defendant; it is further

**ORDERED** that the disclosure of this information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B); it is further

**ORDERED** that any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights under the Copyright Act; it is further

**ORDERED** that if and when Cogent is served with a subpoena, Cogent shall give written notice, which may include e-mail notice, to the defendant within five business days; if Cogent or defendant wishes to move to quash the subpoena, they must do so before the return date of the subpoena, which shall be 25 days from the date of service; it is further

**ORDERED** that Cogent shall preserve any subpoenaed information pending the resolution of any motion to quash; and it is further

**ORDERED** that plaintiffs shall provide Cogent with a copy of this Order together with their subpoena.


    /s/ John D. Bates
    JOHN D. BATES
    United States District Judge

Copies to:

Peter Emanuel Strand
SHOOK, HARDY & BACON, L.L.P.
Hamilton Square
600 14th Street, NW
Washington, DC 20005-2004
(202) 783-8400
Fax: (202) 783-4211
Email: pstrand@shb.com