IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS, INC. et al, ) | |
| ) | CIVIL ACTION FILE |
| Plaintiffs, ) | |
| ) | NO. 1:05-CV-01059-JDB |
| v. ) | |
| ) | MOTION FOR EXTENSION |
| DOE, ) | OF TIME |
| Defendant. ) | |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs move for an order granting an extension of time to serve their Complaint. The grounds for this Motion are set forth in Plaintiffs' Memorandum of Law in Support of Motion for Extension of Time, filed contemporaneously herewith. A proposed Order extending the time to serve the Complaint is attached hereto.

Respectfully submitted, this 23rd day of September, 2005.

Dated: 9/23/05

Peter Strand (D.C. Bar No. 481870)
Shook, Hardy & Bacon L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone (202) 783-8400
Facsimile (202) 783-4211

*Attorney for Plaintiffs*

1768526v1