IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAPITOL RECORDS, INC. et al, | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiffs, | ) | |
| | ) | NO. 1:05-CV-01059-JDB |
| v. | ) | |
| | ) | |
| DOE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Having considered Plaintiffs' Motion for Extension of Time, it is hereby **ORDERED** that Plaintiffs' deadline for serving the Complaint is extended through and including 90 days from the date Cogent Communications, Inc. complies with the subpoena.

This ___ day of _____, 2005

JOHN D. BATES
Judge, United States District Court

1768526v1