UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS, INC., ET. AL.,   )<br>)<br>Plaintiffs,   )<br>)<br>vs.   )<br>)<br>DOE 1 - 1,   )<br>)<br>Defendant.   )<br>_____) | Civil Action No. 1:05-cv-1059 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given of the appearance of Matthew J. Oppenheim, Esq., 7304 River Falls Drive, Potomac, MD 20854, (301) 299-4986, on behalf of Plaintiffs Capital Records, Inc., BMG Music, Atlantic Recording Corporation, UMG Recordings, Inc., Warner Bros. Records Inc., SONY BMG MUSIC ENTERTAINMENT, and Motown Record Company, L.P.. Peter Strand of Shook, Hardy & Bacon, L.L.P. hereby notifies the Court of his withdrawal as counsel of record for Plaintiffs.

Dated February 15, 2006

*Matthew J. Oppenheim*

Matthew J. Oppenheim, Esq.
DC Bar #443698
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

Attorney for Plaintiffs Capital Records, Inc., BMG Music, Atlantic Recording Corporation, UMG Recordings, Inc., Warner Bros. Records Inc., SONY BMG MUSIC ENTERTAINMENT, and Motown Record Company, L.P..

SHOOK, HARDY & BACON L.L.P.

*Peter Strand / CSP*

Peter Strand, Esq.
DC Bar No. 481870
Shook, Hardy and Bacon, L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

WITHDRAWING ATTORNEY