UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS, INC. et al, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN DOE, <br><br> Defendant. | Civil Action No.: 05-1059 (JDB) |

**STATUS REPORT**

Plaintiffs respectfully submit this status report in response to the Court's Order of September 23, 2005. Plaintiffs apologize for the delay in filing this Report.

This is a copyright infringement case brought by Capitol Records and seven other major record companies against Defendant John Doe on May 26, 2005. The Complaint states that Defendant John Doe has infringed copyrights belonging to Plaintiffs on a peer-to-peer network by downloading and distributing to the public certain copyrighted recordings.

This Court granted leave to conduct discovery on July 12, 2005. On August 5, Plaintiffs served a subpoena on Cogent Communications calling for the provision of Defendant John Doe's name. Cogent initially did not provide the requested information. On August 9, 2005, plaintiffs received a letter from Cogent indicating that Cogent would not respond to the subpoena. Plaintiffs attempted to obtain the defendant's identifying information using publicly available, but were unable to do so.

In the meantime, plaintiffs hired new counsel. This transition became effective February 1, 2006. Plaintiffs' counsel has been working to resolve the dispute with Cogent regarding this subpoena.

On February 27, 2006, Cogent agreed to provide plaintiffs with the company name to which the ISP address in question is linked. Cogent has informed plaintiffs that the ISP address in question was linked to Georgia Public Web. Plaintiffs will file a Motion for Leave to Subpoena Georgia Public Web before the end of the week. If this Motion is granted, Plaintiffs will serve a subpoena upon Georgia Public Web asking for disclosure of the defendant's identifying information.

Dated: Feb. 27, 2006

Respectfully submitted,

Matthew J. Oppenheim (D.C. Bar No. 443698)
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

*Attorney for Plaintiffs*