UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL RECORDS, INC. ET AL.., <br><br> Plaintiffs, <br><br> vs. <br><br> John Doe, <br><br> Defendant. | Civil Action No.: 05-1059 (JDB) |

## STATUS REPORT

In response to the Court's Order of May 1, 2006, Plaintiffs respectfully submit this Status Report. Pursuant to the Court's grant of Plaintiffs' Motion to Take Discovery, Plaintiffs served a subpoena on Georgia Public Web, the Internet Service Provider which Cogent Communications, Inc. identified as having the information Plaintiffs seek, on May 8, 2006. The subpoena directs Georgia Public Web to respond by May 30, 2006.

Respectfully submitted,

Dated: May 12, 2006                                      /s/
  Matthew J. Oppenheim (D.C. Bar No. 443698)
  7304 River Falls Drive
  Potomac, MD  20854
  (301) 299-4986

  *Attorney for Plaintiffs*