UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; SONY BMG MUSIC ENTERTAINMENT; and MOTOWN RECORD COMPANY, L.P., | ) ) ) ) ) ) ) ) | Civil Action No. 1 05-CV-01059-JDB |
| Plaintiffs, | ) ) ) | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | ) ) | |
| JOHN DOE, | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs in the above-captioned matter hereby voluntarily dismiss this action without prejudice, all parties to bear their own costs and attorneys' fees.

Respectfully submitted this 5th day of August, 2006.

/s/
Matthew J. Oppenheim (DC Bar # 443698)

7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986
matt@oppenheimgroup.net

**Attorney for Plaintiffs**

#1180340 v1